UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80516-civ-MARRA

HOWARD COHAN,

    Plaintiff,

vs.

RAPPY'S OF BOCA, LLC
d/b/a RAPPY'S DELI,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court on the parties' Stipulation of Dismissal without Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITHOUT PREJUDICE. Each party shall bear their own attorney's fees, litigation expenses and costs. The Clerk shall close this case. All pending motions are denied as moot.

DONE AND ORDERED IN Chambers this ___ day of August, 2017.

_____
KENNETH A. MARRA
UNTIED STATES DISTRICT COURT JUDGE